MALCOLM T. ARENBURG, JR. *v.* FARMHOLME, INC., ET AL.
(5091)

DUPONT, C. J., BORDEN and BIELUCH, Js.

Argued June 11—decision released June 12, 1987

*Richard H. Kosinski,* for the appellant (plaintiff).

*Raphael Korff,* for the appellee (named defendant).

PER CURIAM. There is no error.